George J. Wall, OSB No. 934515
Caitlin S. Laumaker, OSB No. 143314
gwall@eastpdxlaw.com
caitlin@eastpdxlaw.com
825 NE 20th Ave, Suite 330
Portland, OR 97232
Telephone: (503)236-0068
Fax No.: (503)236-0028


Of Attorneys for Plaintiff, Daelynn Bender

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Daelynn Bender, | ) | Case No.:   3:19-cv-01806-AC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| | ) | |
| Andrew Saul, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the Plaintiff's motion for dismissal with prejudice, it is hereby

ORDERED that dismissal is granted.

IT IS SO ORDERED this _11th_ day of ___June___, 2020.

_____
UNITED STATES MAGISTRATE JUDGE



Page 1 – ORDER OF DISMISSAL

Proposed order submitted:   June 12, 2020.

/s/ George J. Wall
George J. Wall, OSB No. 934515
Caitlin S. Laumaker, OSB No. 143314
825 NE 20th Ave, Suite 330
Portland, OR 97232
Telephone: (503)236-0068
Fax: (503)236-0028
gwall@eastpdxlaw.com
caitlin@eastpdxlaw.com
Attorney for Plaintiff, Daelynn Bender